1    Michael J. Malecek (State Bar No. 171034)
     Email address:  michael.malecek@kayescholer.com
2    Peter E. Root (State Bar No. 142348)
     Email address:  peter.root@kayescholer.com
3    Stephen C. Holmes (State Bar No. 200727)
     Email address: stephen.holmes@kayescholer.com
4    KAYE SCHOLER LLP
     Two Palo Alto Square, Suite 400
5    Palo Alto, California  94306
     Telephone:  (650) 319-4500
6    Facsimile:  (650) 319-4700

7    Attorneys for Defendant
     SEQUENOM, INC.
8

9

10                     **UNITED STATES DISTRICT COURT**

11                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                        **SAN FRANCISCO DIVISION**

13   NATERA, INC.                    )   Case No. 5:12-cv-00132-SI
                                     )
14            Plaintiff,             )
                                     )
15       v.                          )   **STIPULATION TO**
                                     )   **(1) WITHDRAW MOTION TO**
16   SEQUENOM, INC. and              )   **DISMISS/TRANSFER CASE;**
     ISIS INNOVATION LIMITED,        )   **(2) EXTEND DEADLINE TO ANSWER**
17                                   )   **AND FILE COUNTERCLAIMS; AND**
              Defendants.            )   **(3) CONTINUE CASE MANAGEMENT**
18                                   )   **CONFERENCE**
                                     )
19                                   )   Current CMC Date:   April 13, 2012
                                     )   Time:               2:30 p.m.
20                                   )
                                     )   Requested Date:     May 11, 2012
21                                   )   Time:               2:30 p.m.
                                     )
22                                   )   Judge:              Hon. Susan Illston
                                     )
23   ——————————————————————————————  )

24

25

26

27

28

**KAYE SCHOLER LLP**

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Natera, Inc. ("Natera"), Defendant Sequenom, Inc. ("Sequenom"), and Defendant Isis Innovation Limited ("Isis") hereby stipulate and agree, by and through their undersigned counsel, as follows:

WHEREAS, on January 6, 2012, Natera filed a complaint for declaratory judgment in the above-entitled case against Sequenom, seeking a declaration of non-infringement and invalidity of U.S. Patent No. 6,258,540 (the "'540 patent");

WHEREAS on February 15, 2012, Sequenom filed a motion seeking an order dismissing this declaratory judgment action pursuant to the federal common law first-to-file rule and 28 U.S.C. § 2201 or, alternatively, transferring this action to the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1404(a) (Docket No. 13, the "Transfer Motion");

WHEREAS on February 28, 2012, Natera filed a First Amended Complaint as of right (Docket No. 17), pursuant to Federal Rule of Civil Procedure 15(a), which also named Isis as a defendant, and which Natera and Sequenom agreed mooted the Transfer Motion;

WHEREAS on March 1, 2012, Sequenom filed a renewed motion seeking an order dismissing this declaratory judgment action pursuant to the federal common law first-to-file rule and 28 U.S.C. § 2201 or, alternatively, transferring this action to the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1404(a) (Docket No. 19, the "Second Transfer Motion");

WHEREAS Sequenom has agreed to withdraw the Second Transfer Motion, and intends to file a voluntary dismissal without prejudice of the co-pending Southern District of California Action, *Sequenom, Inc. v. Natera, Inc. et al.*, Case No. 12-cv-184-DMS-MDD;

WHEREAS Natera, Sequenom, and Isis have agreed to extend to April 18, 2012 the deadline for Sequenom and Isis to answer the complaint and file counterclaims;

WHEREAS Sequenom intends to file a counterclaim against Natera and third-party DNA Diagnostics Center, Inc. for infringement of the '540 patent;

STIPULATION TO (1) WITHDRAW MOTION TO DISMISS/TRANSFER CASE;
(2) EXTEND DEADLINE TO ANSWER AND FILE COUNTERCLAIMS; AND
(3) CONTINUE CASE MANAGEMENT CONFERENCE
                                                          Case No. 5:12-cv-00132-SI

WHEREAS Natera, Sequenom, and Isis have agreed to respectfully request this Court to continue the Initial Case Management Conference currently scheduled for April 13, 2012 at 2:30 p.m. to May 11, 2012 at 2:30 p.m., or such date and time as is convenient for the Court;

WHEREAS, in accordance with the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 3, the "CMC Order"), which provides that "[i]f the Initial Case Management Conference is continued, the other deadlines are continued accordingly," the deadlines in the CMC Order were continued by the Clerk's Notice continuing the Initial Case Management Conference to April 13, 2012 (Docket No. 9) and the parties have agreed that should the Court grant their joint request to continue the Initial Case Management Conference, the following dates would be further adjusted as follows:

| Original Date | First Continued Date | Requested Date | Event |
|---|---|---|---|
| 3/13/2012 | 3/23/2012 | 4/20/2012 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 3/27/2012 | 4/6/2012 | 5/4/2012 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| 4/3/2012 | 4/13/2012 | 5/11/2012 | Initial Case Management Conference |

THEREFORE, the parties jointly request that the Court enter the proposed order submitted concurrently herewith.

KAYE SCHOLER LLP

3

Respectfully submitted,

Dated:  March 15, 2012                KAYE SCHOLER LLP


By:      *s/ Peter E. Root*
         Peter E. Root
         Attorneys for Defendant
         SEQUENOM, INC.

Dated: March 15, 2012                THOMAS WHITELAW & KATZ LLP


By:      *s/ Matthew W. Meskell*
         Matthew W. Meskell

         Attorneys for Plaintiff
         NATERA, INC.

Dated: March 15, 2012                BULLIVANT HOUSER BAILEY PC


By:      *s/ C. Todd Norris*
         C. Todd Norris

         Attorneys for Defendant
         ISIS INNOVATION LIMITED

## <u>CERTIFICATION</u>

I, Peter E. Root, am the ECF User whose identification and password are being used to file this Stipulation.  In compliance with General Order 45.X.B, I hereby attest that Matthew W. Meskell and C. Todd Norris have concurred in this filing.

KAYE SCHOLER LLP

STIPULATION TO (1) WITHDRAW MOTION TO DISMISS/TRANSFER CASE;          Case No. 5:12-cv-00132-SI
(2) EXTEND DEADLINE TO ANSWER AND FILE COUNTERCLAIMS; AND
(3) CONTINUE CASE MANAGEMENT CONFERENCE