**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| NATERA, INC. | ) | Case No. 5:12-cv-00132-SI |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER GRANTING STIPULATION TO** |
| v. | ) ) | **(1) WITHDRAW MOTION TO DISMISS/TRANSFER CASE;** |
| SEQUENOM, INC. and ISIS INNOVATION LIMITED, | ) ) ) | **(2) EXTEND DEADLINE TO ANSWER AND FILE COUNTERCLAIMS; AND** |
| Defendants. | ) ) ) | **(3) CONTINUE CASE MANAGEMENT CONFERENCE** |
| | ) ) ) | Former CMC Date:   April 13, 2012<br>Time of Hearing:    2:30 p.m. |
| | ) ) ) | New CMC Date:     May 11, 2012<br>Time of Hearing:    2:30 p.m. |
| | ) ) | Judge:    Hon. Susan Illston |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Sequenom, Inc. ("Sequenom"),
2    Defendant Isis Innovation Limited ("Isis"), and Plaintiff Natera, Inc. ("Natera") have stipulated
3    and agreed that (1) Sequenom's motion seeking an order dismissing this action pursuant to the
4    federal common law first-to-file rule and 28 U.S.C. § 2201 or, alternatively, transferring this
5    action pursuant to 28 U.S.C. § 1404(a) (Docket No. 13, the "Transfer Motion") was mooted by
6    the First Amended Complaint; (2) Sequenom will withdraw its second motion seeking an order
7    dismissing this action pursuant to the federal common law first-to-file and 28 U.S.C. § 2201 or,
8    alternatively, transferring this action to the United States District Court for the Southern District
9    of California pursuant to 28 U.S.C. § 1404(a) (Docket No. 19, the "Second Transfer Motion");
10   and (3) the deadline by which Sequenom and Isis must answer and file any counterclaims will be
11   extended through and including April 18, 2012.  The parties also have requested that the Case
12   Management Conference currently scheduled for April 13, 2012 at 2:30 p.m. be continued to May
13   11, 2012 at 2:30 p.m.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

(1) Sequenom's Second Transfer Motion is hereby withdrawn and taken off calendar;

(2) The deadline by which Sequenom and Isis must answer and file any counterclaims shall be extended through and including April 18, 2012;

(3) The hearing and case management conference previously scheduled for April 13, 2012 at 2:30 p.m. shall be continued to May 11, 2012 at 2:30 p.m.;

(4) The corresponding dates originally set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 3), which were continued under the terms of that Order by the Clerk's Notice continuing the Initial Case Management Conference to April 13, 2012 (Docket No. 9), shall be further adjusted as follows:

| Original Date | First Continued Date | New Date | Event |
|---|---|---|---|
| 3/13/2012 | 3/23/2012 | 4/20/2012 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 3/27/2012 | 4/6/2012 | 5/4/2012 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| 4/3/2012 | 4/13/2012 | 5/11/2012 | Initial Case Management Conference |

**IT IS SO ORDERED.**

_____, 2012                     _____
                                                                              Hon. Susan Illston
                                                                              United States District Judge

3

STIPULATION TO (1) WITHDRAW MOTION TO DISMISS/TRANSFER CASE;           Case No. 5:12-cv-00132-SI
(2) EXTEND DEADLINE TO ANSWER AND FILE COUNTERCLAIMS; AND
(3) CONTINUE CASE MANAGEMENT CONFERENCE