IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATERA, INC.

CASE NO. 12-CV-00132 SI

Plaintiff,

v.

SEQUENOM, INC. and ISIS INNOVATION LIMITED

Defendant.

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

M.J. Williams , whose business address and telephone number is

Satterlee Stephens Burke & Burke, LLP
230 Park Avenue, Suite 1130
New York, NY 10169  Office: 212-818-9200

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Isis Innovation Limited

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/21/12

_____
United States District Judge

# ATTACHMENT A

| **Court** | **Date** |
|---|---|
| Appellate Division, 2nd Judicial Department, Supreme Court of the State of New York (New York State Bar registration no. 4763371) | April 14, 2010 |
| United States District Court, Southern District of New York (Southern District of New York Bar Code No.: MW5858) | June 8, 2010 |
| United States District Court, Eastern District of New York | August 18, 2010 |

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **M. J. WILLIAMS**     </u>, Bar # <u>   **MW5858**   </u>

was duly admitted to practice in this Court on

<u>  **JUNE 08th, 2010**  </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>    on    <u> **MARCH 07th, 2012** </u>

<u>  Ruby J. Krajick  </u>    by   *[signature]*
Clerk                       Deputy Clerk