IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATERA, INC.

        Plaintiff,

v.

SEQUENOM, INC. and ISIS INNOVATION LIMITED

        Defendant.

CASE NO. 12-CV-00132 SI

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Mario Aieta, whose business address and telephone number is

Satterlee Stephens Burke & Burke, LLP
230 Park Avenue, Suite 1130
New York, NY 10169  Office: 212-818-9200

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Isis Innovation Limited

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/21/12

_____
United States District Judge

Mario Aieta has been admitted to practice law before the following courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Ohio<br>Attorney Registration Number 0024986 | October 29, 1984 |
| Court of Appeals of the State of New York<br>Attorney Registration Number 2085918 | September 29, 1986 |
| United States District Court for the Eastern District of New York | April 1, 1993 |
| United States District Court for the Northern District of New York  Bar Number 511896 | June 9, 2003 |
| United States District Court for the Southern District of New York | March 31, 1987 |
| United States District Court for the District of Colorado | December 5, 2000 |
| United States District Court for the Western District of Michigan | February 19, 1992 |
| United States District Court for the Southern District of Ohio | January 4, 1985 |
| United States Court of Appeals for the Second Circuit | February 16, 2010 |
| United States Court of Appeals for the Third Circuit | March 11, 1987 |
| United States Court of Appeals for the Fifth Circuit | December 20, 2004 |
| United States Court of Appeals for the Ninth Circuit | September 1, 1987 |
| United States Court of Appeals for the Tenth Circuit | January 5, 2000 |
| United States Court of Appeals for the Federal Circuit | November 30, 1993 |
| United States Tax Court | June 1, 2011 |

**Attachment A**

CSDNY (05/2010) Certificate of Good Standing

# United States District Court

## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>         **MARIO AIETA**              </u>, Bar # <u>    **MA2228**    </u>

was duly admitted to practice in this Court on

<u>    **MARCH 31st, 1987**    </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>     on     <u>    **MARCH 07th, 2012**    </u>

<u>   Ruby J. Krajick   </u>        by <u>                              </u>
         Clerk                              Deputy Clerk