UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATERA, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>SEQUENOM, INC. and ISIS INNOVATION LIMITED,<br><br>    Defendants. | CASE NO. 12-CV-00132 SI<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 30th March 2012

_____
Paresh Jasani
ISIS INNOVATION LIMITED

Dated: March 29, 2012

_____
Mario Aieta
Satterlee, Stephens, Burke & Burke LLP
*Attorneys for Isis Innovation Limited*

1394467_1