1  MATTHEW W. MESKELL (State Bar No. 208263)
   *mmeskell@twtlaw.com*
2  W. PAUL SCHUCK (State Bar No. 203717)
   *pschuck@twtlaw.com*
3  SONY B. BARARI (State Bar No. 243379)
   *sbarari@twtlaw.com*
4  **THOMAS WHITELAW & KATZ LLP**
   Three Embarcadero Center, Suite 1350
5  San Francisco, California 94111-4037
   Telephone:    (415) 820-0400
6  Facsimile:    (415) 820-0405

7  CHARLES K. VERHOEVEN (State Bar No. 170151)
   *charlesverhoeven@quinnemanuel.com*
8  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   50 California Street, 22nd Floor
9  San Francisco, California 94111
   Telephone:    (415) 875-6600
10 Facsimile:    (415) 875-6700

11 PATRICK M. SHIELDS (State Bar No. 204739)
   *patrickshields@quinnemanuel.com*
12 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California 90017
   Telephone:    (213) 443-3000
14 Facsimile:    (213) 443-3100

15 Attorneys for Plaintiff NATERA, INC.

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                      SAN FRANCISCO DIVISION

20

| | |
|---|---|
| 21 NATERA, INC., | CASE NO. 12-CV-0132 SI |
| 22        Plaintiff, | **PROOF OF SERVICE** |
| 23    vs. | |
| 24 SEQUENOM, INC. and ISIS INNOVATION LIMITED, | |
| 25        Defendants. | |
| 26 | |

27

28

                                                    12-CV-0132 SI

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  12-CV-00132 SI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Isis Innovation Limited

was received by me on *(date)*  _____03/02/2012_____  .

□  I personally served the summons on the individual at *(place)*  _____

_____    on *(date)*  _____  ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)*  _____

_____  , a person of suitable age and discretion who resides there,

on *(date)*  _____  , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*   David Horner _____  , who is

designated by law to accept service of process on behalf of *(name of organization)*   Isis Innovation Limited

_____    on *(date)*  03/02/2012  ; or

□  I returned the summons unexecuted because _____  ; or

□  Other *(specify):*

My fees are $ _____  for travel and $ _____  for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 08/MARCH/2012

*E. Schmitz*
Server's signature

ELIZABETH  SCHMITZ, PROCESS SERVER
Printed name and title

403 DAVIS HOUSE, CROYDON
SURREY, CRO 1QE - UNITED KINGDOM
Server's address

Additional information regarding attempted service, etc:

I personally served the following:  Summons in a Civil Action on First Amended Complaint, Summons in a Civil Action (Docket No. 18), First Amended Complaint, Exhibit A to the First Amended Complaint, Case Management Conference Order, Judge Illston's Standing Order, Standing Order for All Judges of the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Civil Cover Sheet, U.S. District Court Northern California ECF Registration Information Handout, Welcome to the U.S. District Court for the Northern District of California, San Jose Division.