C. Todd Norris (State Bar No. 181337)
todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA   94108-2823
Phone: 415.352.2700
Fax: 415.352.2701

Mario Aieta (*pro hac vice*)
maieta@ssbb.com
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Phone:  (212) 818-9200
Fax:  (212) 818-9606

Attorneys for Nominal Counterclaim Defendant
ISIS INNOVATION LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATERA, INC.<br><br>             Plaintiff,<br><br>     vs.<br><br>SEQUENOM, INC. and ISIS INNOVATION LIMITED<br><br>             Defendants. | Case No. 3:12-cv-00132-SI<br><br>**ISIS INNOVATION LIMITED'S ANSWER TO THE FIRST AMENDED COMPLAINT** |

Isis Innovation Limited ("Isis"), through its undersigned counsel, hereby answers the First Amended Complaint ("Complaint") of plaintiff Natera, Inc. ("Natera"), as follows:

1. Isis admits that Natera purports to request a judicial determination and declaration of the respective rights and duties of the parties on the disputes recited in the Complaint, but denies that Natera is entitled to such relief.   Isis denies the remaining allegations of paragraph 1 of the Complaint.

2. Isis is without knowledge or information sufficient to form a belief as to the

1 truth or falsity of the allegations of paragraph 2 of the Complaint.

2       3.   Isis admits the allegations of paragraph 3 of the Complaint.

3       4.   Isis admits the allegations of paragraph 4 of the Complaint.

4       5.   The allegations of paragraph 5 of the Complaint state legal conclusions as to which no answer is required.

6       6.   The allegations of paragraph 6 of the Complaint state legal conclusions as to which no answer is required.

8       7.   Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 7 of the Complaint, except that Isis admits that this Court has personal jurisdiction over Isis because Isis hereby consents to the jurisdiction of this Court for the purposes of adjudicating the claims and defenses that may be properly asserted in this action by the parties to this action, and Isis denies that it is otherwise subject to personal jurisdiction in California.

14       8.   The allegations of paragraph 8 of the Complaint state legal conclusions as to which no answer is required.

16       9.   Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 9 of the Complaint.

18       10. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 10 of the Complaint.

20       11. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 11 of the Complaint.

22       12. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 12 of the Complaint.

24       13. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 13 of the Complaint.

26       14. Isis admits the allegations of paragraph 14 of the Complaint.

15. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 15 of the Complaint.

16. Isis admits the allegations of paragraph 16 of the Complaint.

17. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 17 of the Complaint.

18. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 18 of the Complaint.

19. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 19 of the Complaint.

20. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 20 of the Complaint.

21. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 21 of the Complaint.

22. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 22 of the Complaint.

23. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 23 of the Complaint.

24. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 24 of the Complaint.

25. In response to paragraph 25 of the Complaint, Isis repeats and realleges the foregoing paragraphs as if fully set forth herein.

26. The allegations of paragraph 26 of the Complaint state legal conclusions as to which no answer is required.

27. Isis denies the allegations of paragraph 27 of the Complaint.

28. In response to paragraph 28 of the Complaint, Isis repeats and realleges the foregoing paragraphs as if fully set forth herein.

29. The allegations of paragraph 29 of the Complaint state legal conclusions as to which no answer is required.

30. Isis denies the allegations of paragraph 30 of the Complaint.

## DEMAND FOR RELIEF

WHEREFORE, Isis demands that:

A.	United States Patent Number 6,258,540 be adjudged and decreed valid and enforceable;

B.	This case be adjudged and decreed exceptional under 35 U.S.C. § 285 entitling Isis to an award of its reasonable attorneys' fees, and that such reasonable attorneys' fees be awarded;

C.	Isis be awarded its costs and expenses;

D.	For such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: April 18, 2012	SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____
	Mario Aieta
	(*pro hac vice*)
	maieta@ssbb.com
SATTERLEE STEPHENS BURKE &BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Phone:  (212) 818-9200
Fax:  (212) 818-9606

C. Todd Norris
(State Bar No. 181337)
todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA   94108-2823
Phone: 415.352.2700
Fax: 415.352.2701

Attorneys for Defendant Isis Innovation Limited

Isis Answer to First Amended Complaint	Case No. 3:12-cv-00132-SI

1404752_1