C. Todd Norris (State Bar No. 181337)
todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA   94108-2823
Phone: (415) 352-2700
Fax: (415) 352-2701

Mario Aieta (*pro hac vice*)
maieta@ssbb.com
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Phone:  (212) 818-9200
Fax:  (212) 818-9606

Attorneys for Defendant
ISIS INNOVATION LIMITED

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATERA, INC.<br><br>           Plaintiff,<br><br>     vs.<br><br>SEQUENOM, INC. and ISIS INNOVATION LIMITED<br><br>           Defendants. | Case No. 3:12-cv-00132-SI<br><br>**ISIS INNOVATION, LIMITED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. RULE 7.1(a) AND CIVIL L.R. 3-16** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be

Isis's Cert. of Interested Entities or Persons Pursuant to F.R.C.P. Rule 7.1(a)  and Civil L.R. 3-16          Case No. 3:12-cv-00132-SI

1405658_1

1  substantially affected by the outcome of this proceeding: the University of Oxford; James
2  Stephen Wainscoat; Yuk-Ming Dennis Lo; Oxford Radcliffe Hospital Trust; Chinese University
3  of Hong Kong.
4      Pursuant to Federal Rule of Civil Procedure 7.1, Isis Innovation Limited is a
5  wholly owned subsidiary of the University of Oxford.

6      Respectfully submitted,

7  Dated: April 18, 2012    SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____
    Mario Aieta
    (*pro hac vice*)
    maieta@ssbb.com
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Phone: (212) 818-9200
Fax: (212) 818-9606

C. Todd Norris
(State Bar No. 181337)
todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA  94108-2823
Phone: 415.352.2700
Fax: 415.352.2701

Attorneys for Defendant
ISIS INNOVATION LIMITED

Isis's Cert. of Interested Entities or Persons Pursuant to F.R.C.P. Rule 7.1(a)  and Civil L.R. 3-16    Case No. 3:12-cv-00132-SI

1405658_1