1  W. PAUL SCHUCK (State Bar No. 203717)
   *pschuck@twtlaw.com*
2  SONY B BARARI (State Bar No. 243379)
   *sbarari@twtlaw.com*
3  **THOMAS WHITELAW & KATZ LLP**
   Three Embarcadero Center, Suite 1350
4  San Francisco, California  94111-4037
   Telephone:    (415) 820-0400
5  Facsimile:    (415) 820-0405

6  Attorneys for Counterclaim Defendant
   DNA DIAGNOSTICS CENTER, INC.

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATERA, INC.,<br><br>              Plaintiff,<br><br>     vs.<br><br>SEQUENOM, INC. and ISIS INNOVATION LIMITED,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 12-CV-0132-SI<br><br>**COUNTERCLAIM DEFENDANT DNA DIAGNOSTICS CENTER, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1(a) & CIVIL LOCAL RULE 3-16** |

139833

**CERTIFICATION OF INTERESTED ENTITIES AND PARTIES**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

DDC-MTS Holdings, Inc., in the majority owner of Defendant DNA Diagnostics Center, Inc. ("DDC").

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant DDC hereby provides notice that DDC-MTS Holdings, Inc. holds the majority of DDC stock and that no other publicly held corporation owns 10% or more of DNA Diagnostics Center, Inc.'s stock.

DATED: May 9, 2012            THOMAS WHITELAW & KATZ LLP

By:     /s/ W. Paul Schuck
W. PAUL SCHUCK
SONY B BARARI

Attorneys for Counterclaim Defendant
DNA DIAGNOSTICS, INC.