IRELL & MANELLA LLP
David I. Gindler (117824) (dgindler@irell.com)
Andrei Iancu (184793) (aiancu@irell.com)
Michael G. Ermer (110496) (mermer@irell.com)
Amir Naini (226627) (anaini@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Plaintiff and Counterclaim-Defendant
Ariosa Diagnostics, Inc.

KAYE SCHOLER LLP
Michael J. Malecek (171034) (michael.malecek@kayescholer.com)
Peter E. Root (142348) (peter.root@kayescholer.com)
Stephen C. Holmes (200727) (stephen.holmes@kayescholer.com)
Two Palo Alto Square, Suite 400
Palo Alto, California 94306
Telephone:   (650) 319-4500
Facsimile:   (650) 319-4700

Attorneys for Defendant and Counterclaim-Plaintiff
Sequenom, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIA DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SEQUENOM, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERACTION | Case No. 3:11-cv-06391-SI <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON SEQUENOM'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> The Honorable Susan Illston <br><br> Current Hearing Date:       June 22, 2012 <br> Proposed New Hearing Date: June 29, 2012 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Joint Stipulation & [Proposed] Order to Continue Hearing Date
on Sequenom's Motion for Preliminary Injunction
(Case No. 3:11-cv-06391-SI)

2656542

IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim-Defendant Ariosa Diagnostics, Inc., formerly known as Aria Diagnostics, Inc. ("Ariosa"), Defendant and Counterclaim-Plaintiff Sequenom, Inc. ("Sequenom") and Nominal Counterclaim Defendant Isis Innovation Limited ("Isis") by and through their counsel of record, subject to the Court's approval, that the hearing on Sequenom's motion for preliminary injunction be continued from June 22, 2012 until 9:00 a.m. on June 29, 2012.

WHEREAS the parties previously stipulated, and the Court ordered, a briefing and hearing schedule for Sequenom's preliminary injunction motion, with the hearing date scheduled for June 15, 2012 (Docket No. 47);

WHEREAS on May 30, 2012, the Court reset the hearing date on Sequenom's preliminary injunction motion from June 15, 2012 to June 22, 2012 (Docket No. 88);

WHEREAS lead counsel for Ariosa, who will be arguing the preliminary injunction motion on Ariosa's behalf, is unavailable on June 22, 2012;

NOW THEREFORE, the parties, by and through the undersigned counsel, hereby stipulate that the hearing date on Sequenom's preliminary injunction motion be continued from June 22, 2012 until 9:00 a.m. on June 29, 2012.

SO STIPULATED.

Dated: June 6, 2012                                          IRELL & MANELLA LLP

By:  /s/ Michael G Ermer
Michael G. Ermer
Attorneys for Plaintiff and Counterclaim-Defendant, Ariosa Diagnostics, Inc.

Dated: June 6, 2012                                          KAYE SCHOLER LLP

By:  /s/ Peter Root
Peter Root
Attorneys for Defendant and Counterclaim-Plaintiff, Sequenom, Inc.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2656542

- 1 -

Joint Stipulation & [Proposed] Order to Continue Hearing Date
on Sequenom's Motion for Preliminary Injunction
(Case No. 3:11-cv-06391-SI)

Dated: June 6, 2012                                    SATTERLEE STEPHENS BURKE & BURKE

By: /s/ Mario Aieta
Mario Aieta
Attorneys for Nominal Counterclaim
Defendant, Isis Innovation Limited

GENERAL ORDER ATTESTATION

I, Michael G. Ermer, am the ECF user whose ID and password are being used to file the parties' JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON SEQUENOM'S MOTION FOR PRELIMINARY INJUNCTION. In compliance with General Order 45, X.B., I hereby attest that Peter Root, counsel for Sequenom, and Mario Aieta, counsel for counterclaim defendant Isis Innovation Limited have concurred in this filing.

/s/ Michael G. Ermer
Michael G. Ermer

IT IS SO ORDERED.

DATED: 6/11/12                                By: [signature]
The Honorable Susan Illston
United States District Judge

The case management in this and all the related cases is continued to Friday, June 29, 2012 at 2:30 p.m.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2656542

- 2 -

Joint Stipulation & [Proposed] Order to Continue Hearing Date
on Sequenom's Motion for Preliminary Injunction
(Case No. 3:11-cv-06391-SI)