UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATERA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>SEQUENOM, INC. and ISIS INNOVATION LIMITED,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 12-CV-00132-SI<br><br>[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF PATRICK M. SHIELDS AS COUNSEL OF RECORD<br><br>Judge: Hon. Susan Illston |

　　　The Court having considered the request by Patrick M. Shields to withdraw as counsel of record for plaintiff and counterclaim defendant Natera, Inc., the request is hereby GRANTED.

　　　IT IS SO ORDERED.

DATED:　__10/22/12_____　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Susan Illston
　　　　　　　　　　　　　　　　　　　　　United States District Judge

04648.23562/5011506.1

Case No. 12-CV-00132-SI
[PROPOSED] ORDER GRANTING WITHDRAWAL OF PATRICK M. SHIELDS