1  W. PAUL SCHUCK (Cal. Bar No. 203717)
   *pschuck@twtlaw.com*
2  SONY B BARARI (Cal. Bar No. 243379)
   *sbarari@twtlaw.com*
3  **THOMAS WHITELAW LLP**
   Three Embarcadero Center, Suite 1350
4  San Francisco, California  94111-4037
   Telephone:     (415) 820-0400
5  Facsimile:     (415) 820-0405

6  CHARLES K. VERHOEVEN (Cal. Bar No. 170151)
   *charlesverhoeven@quinnemanuel.com*
7  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   50 California Street, 22nd Floor
8  San Francisco, California  94111
   Telephone:     (415) 875-6600
9  Facsimile:     (415) 875-6700

10 Attorneys for Plaintiff/Counterclaim Defendant
   NATERA, INC. and Counterclaim Defendant
11 DNA DIAGNOSTICS CENTER, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NATERA, INC., | CASE NO. 12-CV-0132-SI |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM AFFILIATION AND STIPULATION FOR SUBSTITUTION OF COUNSEL** |
| vs. | |
| SEQUENOM, INC. and ISIS INNOVATION LIMITED, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

151027

12-CV-0132-SI

SUBSTITUTION OF ATTORNEYS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

IT IS HEREBY STIPULATED THAT Plaintiff Natera, Inc. ("Natera") herewith substitutes:

>W. Paul Schuck, Esq.
>pschuck@bztm.com
>Sonny B. Barari, Esq.
>sbarari@bztm.com
>Bartko, Zankel, Tarrant & Miller, A Professional Corporation
>900 Front Street, Suite 300
>San Francisco, California  94111
>Telephone:  (415) 956-1900 / Facsimile:  (415) 956-1152

as counsel of record in place and instead of:

>W. Paul Schuck, Esq.
>Sonny B. Barari, Esq.
>Thomas Whitelaw LLP
>3 Embarcadero Center
>Suite 1350
>San Francisco, CA 94111
>(415) 820-0400

in this matter.  Natera has been advised of and consents to this substitution.  Quinn Emanuel Urquhart & Sullivan shall also continue to represent Natera.

Dated: March 4, 2013

We Consent to the Foregoing Substitution.

THOMAS WHITELAW LLP

By:   /s/ Joseph E. Thomas
       Joseph E. Thomas, Esq.

We Accept the Foregoing Substitution.

BARTKO ZANKEL TARRANT & MILLER
A Professional Corporation

By:   /s/ W. Paul Schuck
       W. Paul Schuck

**Attestation re: Electronic Signatures**

In compliance with General Order 45, § X.B, I, W. Paul Schuck, the efiler of this document hereby attest that each person whose signature block appears above has concurred in this filing.

Dated: March 4, 2013  /s/ W. Paul Schuck
W. Paul Schuck

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:   March 5, 2013

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE