1  W. PAUL SCHUCK (Cal. Bar No. 203717)
   *pschuck@twtlaw.com*
2  SONY B BARARI (Cal. Bar No. 243379)
   *sbarari@twtlaw.com*
3  **THOMAS WHITELAW LLP**
   Three Embarcadero Center, Suite 1350
4  San Francisco, California  94111-4037
   Telephone:     (415) 820-0400
5  Facsimile:      (415) 820-0405

6  CHARLES K. VERHOEVEN (Cal. Bar No. 170151)
   *charlesverhoeven@quinnemanuel.com*
7  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   50 California Street, 22nd Floor
8  San Francisco, California  94111
   Telephone:     (415) 875-6600
9  Facsimile:      (415) 875-6700

10 Attorneys for Plaintiff/Counterclaim Defendant
   NATERA, INC. and Counterclaim Defendant
11 DNA DIAGNOSTICS CENTER, INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| NATERA, INC., | CASE NO. 12-CV-0132-SI |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE OF FIRM AFFILIATION AND STIPULATION FOR SUBSTITUTION OF COUNSEL FOR COUNTERCLAIM DEFENDANT DNA DIAGNOSTIC CENTERS, INC.** |
| vs. | |
| SEQUENOM, INC. and ISIS INNOVATION LIMITED, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

151132

12-CV-0132-SI

SUBSTITUTION OF ATTORNEYS

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

2  IT IS HEREBY STIPULATED THAT Counterclaim Defendant DNA Diagnostics

3  Centers, Inc. ("DDC") herewith substitutes:

4  W. Paul Schuck, Esq.
   pschuck@bztm.com
5  Sonny B. Barari, Esq.
   sbarari@bztm.com
6  Bartko, Zankel, Tarrant & Miller, A Professional Corporation
   900 Front Street, Suite 300
7  San Francisco, California  94111
   Telephone:  (415) 956-1900 / Facsimile:  (415) 956-1152
8
   as counsel of record in place and instead of:
9
            W. Paul Schuck, Esq.
10          Sonny B. Barari, Esq.
            Thomas Whitelaw LLP
11          3 Embarcadero Center
            Suite 1350
12          San Francisco, CA 94111
            (415) 820-0400
13

14  in this matter.  DDC has been advised of and consents to this substitution.

15

16  Dated: March 4, 2013

17         We Consent to the Foregoing Substitution.

18                                              THOMAS WHITELAW LLP

19                                              By:    */s/ Joseph E. Thomas*
                                                       Joseph E. Thomas, Esq.
20

21         We Accept the Foregoing Substitution.

22                                              BARTKO ZANKEL TARRANT & MILLER
                                                A Professional Corporation
23
                                                By:    */s/ W. Paul Schuck*
24                                                     W. Paul Schuck

25

26

27

28

**Attestation re: Electronic Signatures**

In compliance with General Order 45, § X.B, I, W. Paul Schuck, the efiler of this document hereby attest that each person whose signature block appears above has concurred in this filing.

Dated:  March 4, 2013

/s/ W. Paul Schuck
W. Paul Schuck

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:     March  5 , 2013

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

151132

3

12-CV-0132-SI

SUBSTITUTION OF ATTORNEYS