| | |
|---|---|
| W. Paul Schuck (Cal. Bar No. 203717)<br>*pschuck@bztm.com*<br>Sony B. Barari (Cal. State Bar No. 243379)<br>*sbarari@bztm.com*<br>**BARTKO, ZANKEL, BUNZEL & MILLER**<br>A Professional Corporation<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile:  (415) 956-1152<br><br>Attorneys for Plaintiff/Counterclaim Defendant<br>NATERA, INC. | Michael J. Malecek (Bar No. 171034)<br>*michael.malecek@kayescholer.com*<br>Peter E. Root (Bar No. 142348)<br>*peter.root@kayescholer.com*<br>**KAYE SCHOLER LLP**<br>Two Palo Alto Square, Suite 400<br>3000 El Camino Real<br>Palo Alto, California  94306<br>Telephone:    (650) 319-4500<br>Facsimile:     (650) 319-4700<br><br>Attorneys for Defendant/Counterclaim-Plaintiff<br>SEQUENOM, INC.<br><br>Mario Aieta (admitted *pro hac vice*)<br>*maieta@ssbb.com*<br>**SATTERLEE STEPHENS BURKE & BURKE LLP**<br>230 Park Avenue<br>New York, NY 10169-0079<br>Telephone: (212) 818-9200<br>Facsimile:  (212) 818-9606<br><br>Attorneys for Defendant<br>ISIS INNOVATION LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATERA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEQUENOM, INC. and ISIS INNOVATION LIMITED,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | No. 12-CV-0132-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE BILL OF COSTS**<br><br>Judge:　The Honorable Susan Illston<br>Ctrm:　Courtroom 10, 19th Floor |

-1-

1    Natera, Inc. ("Natera"), Sequenom, Inc. ("Sequenom"), and Isis Innovation, Limited
2 ("Isis") (collectively, the "Parties"), by and through their respective counsel of record, hereby
3 stipulate as follows:
4    WHEREAS, on November 18, 2013, the Parties entered into a stipulation regarding final
5 judgment in order to expedite appeal of this action and the Court adopted the stipulation and
6 entered judgment on November 20, 2013 (Docket No. 144);
7    WHEREAS, as part of the stipulation to avoid unnecessary expenditure of resources, the
8 Parties agreed to defer issues regarding fees and costs and the Court ordered that: "All issues
9 relating to fees and costs are reserved pending the outcome of any appeals, and the deadline for
10 filing such motions shall be set by the Court, upon application by the Parties, after a ruling by the
11 United States Court of Appeals for the Federal Circuit."  (Docket No. 144, at 4, ¶ 4.);
12    WHEREAS, on June 12, 2015, the United States Court of Appeals for the Federal Circuit
13 issued a ruling affirming this Court's final judgment;
14    WHEREAS, on June 27, 2016, the United States Supreme Court denied Sequenom's
15 Petition for a *Writ of Certiorari* and Sequenom's appeals are exhausted;
16    NOW, THEREFORE, IT IS STIPULATED by and among the Parties through their
17 respective counsel, pursuant to Civil Local Rules 6-2 and 7-12, as follows:
18    The Parties respectfully request that the Court enter the following schedule with regard to
19 fees and costs of this matter:
20    1.  Natera shall serve and file any Bill of Costs pursuant to Civil Local Rule 54-1 by July
21       11, 2016;
22    2.  Sequenom and/or Isis shall file any objections to the Bill of Costs, after satisfying the
23       meet and confer requirements of Civil L.R. 54-2(b), by July 29, 2016;
24    3.  After considering any objections filed pursuant to Civil L.R. 54-2, Costs shall be taxed
25       in conformity with 28 U.S.C. §§ 1920 and 1923, Civil L.R. 54-3, and all other
26       applicable statutes.  On the bill of costs or in a separate notice, the Clerk shall indicate

which, if any of the claimed costs are allowed and against whom such costs are allowed. The clerk shall serve copies of the notice taxing costs on all parties.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 8, 2016        BARTKO, ZANKEL, BUNZEL, & MILLER

By: */s/ W. Paul Schuck*
     W. Paul Schuck

Attorneys for Plaintiff and Counterclaim-Defendant NATERA, INC.

Dated: July 8, 2016        KAYE SCHOLER LLP

By: */s/ Peter E. Root*
     Peter E. Root
Attorneys for Defendant and
Counterclaim Plaintiff SEQUENOM, INC.

Dated: July 8, 2016        SATTERLEE STEPHENS BURKE & BURKE LLP

By: */s/ Mario Aieta*
     Mario Aieta
Attorneys for Nominal Defendant
ISIS INNOVATION LIMITED

### ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

July 8, 2016        */s/ W. Paul Schuck*
                     W. Paul Schuck

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __7/12_____, 2016        _____
                                          The Honorable Susan Illston
                                          United States District Court Judge

BARTKO ZANKEL BUNZEL
One Embarcadero Center, Suite 800
San Francisco, CA  94111
Phone (415) 956-1900 • Fax (415) 956-1152

2426.000/864876.1

-4-

STIPULATION AND [PROPOSED] ORDER RE BILL OF COSTS
Case No. 12-CV-0132-SI